United States District Court
for the
Southern District of Florida

Bacardi U.S.A., Inc., Plaintiff )
)
v. )
) Civil Action No. 16-20082-Civ-Scola
)
Hawkeye Wine & Spirits, Inc., et al., )
Defendants )

### **Order Of Dismissal**

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Notice of Dismissal, ECF No. 25). The Court directs the Clerk to **close** this case.  All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on February 11, 2016.

Robert N. Scola, Jr.
United States District Judge